NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: VIRUN, INC.,**
*Appellant*

---

2016-1280

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/012,700.

---

## JUDGMENT

---

MARTIN ALEXANDER BRUEHS, Dentons US LLP, Washington, DC, argued for appellant. Also represented by RAJESH CHARLES NORONHA.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, SARAH E. CRAVEN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, REYNA and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| November 10, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |